# Court of Appeals
# of the State of Georgia

ATLANTA,   November 29, 2016

*The Court of Appeals hereby passes the following order:*

## A17D0086.   DEKALB COUNTY SCHOOL DISTRICT v. CHAYKA BETTIS et al.

DeKalb County School District ("DCSD") has filed a motion for reconsideration of this Court's October 12, 2016 order dismissing its application for discretionary review.  DCSD's motion for reconsideration is GRANTED, our order dismissing its application is VACATED, and the application is REINSTATED.

Upon review of the merits, however, the application is DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   11/29/2016
　　　　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
　　　　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*